Receipt # 95824  PISCATAQUIS SS: RECEIVED
**VOL 2663  PG 2**
ERECORDED  01/17/2020 12:32:50 PM
1 Pages

Instr # 2020-273
ATTEST: Linda M Smith, Piscataquis Registry of Deeds

PREPARED BY AND RETURN TO:
C. R. Hall
2860 Exchange Blvd. # 100
Southlake TX 76092

## Assignment of Mortgage

Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, BANK OF AMERICA, N.A.  1800 Tapo Canyon Rd., Simi Valley CA 93063 (Assignor) by these presents does assign and set over, without recourse, to AJAX MORTGAGE LOAN TRUST 2019-E, MORTGAGE-BACKED SECURITIES, SERIES 2019-E, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE  9400 SW Beaverton Hillsdale Hwy, Suite 131, Beaverton OR 97005 (Assignee) the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by APRIL J. WOHLFEIL to BANK OF AMERICA, N.A.. Said mortgage Dated: 3/16/2007 is recorded in the State of ME, County of Piscataquis on 3/22/2007, DOCUMENT 1504 BOOK 1825 PAGE 54 AMOUNT: $ 71,700.00    Property Address: 78 HARLOW POND ROAD, Parkman, ME  04443  TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest:  TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives, and assigns of the Assignee forever.

IN WITNESS WHEREOF, the undersigned entity has caused this instrument to be executed as a sealed instrument by its proper signatory. Executed on: 1/7/2020
BANK OF AMERICA, N.A.  by Gregory Funding LLC as Attorney in fact

Irving Potter, Vice President                               Witness: Meranda Little

State of Oregon, County of Washington
On 1/7/2020, before me, the undersigned notary public, personally appeared Irving Potter, who signed this document before me and acknowledged that he/she was authorized to and did execute this instrument as Vice President of Gregory Funding LLC as Attorney in fact for BANK OF AMERICA, N.A.  and that he/she executed this instrument as the act of the entity named in this instrument and such execution was done as the free act and deed of Gregory Funding LLC as Attorney in fact for BANK OF AMERICA, N.A.  not in its individual capacity, but solely as Gregory Funding LLC as Attorney in fact for BANK OF AMERICA, N.A.  and also personally appeared before me as witness, Meranda Little who signed this document before me.

Notary public, Oregon
My commission expires: 6/5/23

OFFICIAL STAMP
DANIEL JOHN WNOROWSKI
NOTARY PUBLIC - OREGON
COMMISSION NO. 988191
MY COMMISSION EXPIRES JUNE 05, 2023

PISCATAQUIS COUNTY
RECORDED
01/17/2020   12:32:50 PM
LINDA M. SMITH
REGISTER OF DEEDS

ME  Piscataquis



EXHIBIT D

BK: 2663  PG: 2