### 04-41-02-00  B 2137  P 153

**SANTOS, FRANK T. & TRACY L.**
155 DAIRY LANE ROAD
PARKMAN   ME 04443

| Value of Real Estate | | Value of Pers. Prop. | | Net Taxable | | Taxes | |
|---|---|---|---|---|---|---|---|
| Land | $2,500 | M&E | $0 | Real | $2,500 | Real | $35.50 |
| Buildings | | F&F | $0 | Personal | $0 | Personal | $0.00 |
| Total | $2,500 | Other | $0 | Total | $2,500 | Total | $35.50 |
| Exempt | | BETE | $0 | (PHYSICAL LOCATION) | | | |
| Net (5) | $2,500 | Total | $0 | | | | |

### 16-62-00-00  B 2139  P 313

**SARGENT, APRIL J.**
**SARGENT, KEVIN A.**
78 HARLOW POND RD
PARKMAN   ME 04443

| Value of Real Estate | | Value of Pers. Prop. | | Net Taxable | | Taxes | |
|---|---|---|---|---|---|---|---|
| Land | $13,610 | M&E | $0 | Real | $103,830 | Real | $1,474.39 |
| Buildings | $117,720 | F&F | $0 | Personal | $0 | Personal | $0.00 |
| Total | $131,330 | Other | $0 | Total | $103,830 | Total | $1,474.39 |
| Exempt | $27,500 | BETE | $0 | (PHYSICAL LOCATION) | | | |
| Net (0.64) | $103,830 | Total | $0 | 78 HARLOW POND RD | | | |

### 05-13-01-00  B 1763  P 133

**SAWYER, ARTHUR R.**
12 THYME LANE
NO.ATTLEBORO   MA 02760
(Tree Growth)

| Value of Real Estate | | Value of Pers. Prop. | | Net Taxable | | Taxes | |
|---|---|---|---|---|---|---|---|
| Land | $21,810 | M&E | $0 | Real | $84,140 | Real | $1,194.79 |
| Buildings | $62,330 | F&F | $0 | Personal | $0 | Personal | $0.00 |
| Total | $84,140 | Other | $0 | Total | $84,140 | Total | $1,194.79 |
| Exempt | | BETE | $0 | (PHYSICAL LOCATION) | | | |
| Net (34) | $84,140 | Total | $0 | WELLINGTON ROAD | | | |

### 13-10-00-00  B 836  P 324

**SAWYER, RALPH J. &**
**DAUGHDRILL, JIMMY D.**
PO BOX 3486
AUBURN   ME 04212
(Tree Growth)

| Value of Real Estate | | Value of Pers. Prop. | | Net Taxable | | Taxes | |
|---|---|---|---|---|---|---|---|
| Land | $19,570 | M&E | $0 | Real | $32,550 | Real | $462.21 |
| Buildings | $12,980 | F&F | $0 | Personal | $0 | Personal | $0.00 |
| Total | $32,550 | Other | $0 | Total | $32,550 | Total | $462.21 |
| Exempt | | BETE | $0 | (PHYSICAL LOCATION) | | | |
| Net (66) | $32,550 | Total | $0 | AFTER PEASE BRIDGE ON RIGHT | | | |

### 05-20-00-00  B 2371  P 106

**SAWYER, THOMAS M.**
487 WELLINGTON ROAD
PARKMAN   ME 04443

| Value of Real Estate | | Value of Pers. Prop. | | Net Taxable | | Taxes | |
|---|---|---|---|---|---|---|---|
| Land | $55,300 | M&E | $0 | Real | $103,760 | Real | $1,473.39 |
| Buildings | $75,960 | F&F | $0 | Personal | $0 | Personal | $0.00 |
| Total | $131,260 | Other | $0 | Total | $103,760 | Total | $1,473.39 |
| Exempt | $27,500 | BETE | $0 | (PHYSICAL LOCATION) | | | |
| Net (56) | $103,760 | Total | $0 | 497 WELLINGTON ROAD | | | |

### 05-20-00-99  B  P

**SAWYER, THOMAS M.**
487 WELLINGTON ROAD
PARKMAN   ME 04443

| Value of Real Estate | | Value of Pers. Prop. | | Net Taxable | | Taxes | |
|---|---|---|---|---|---|---|---|
| Land | $0 | M&E | $0 | Real | $27,930 | Real | $396.61 |
| Buildings | $27,930 | F&F | $0 | Personal | $0 | Personal | $0.00 |
| Total | $27,930 | Other | $0 | Total | $27,930 | Total | $396.61 |
| Exempt | | BETE | $0 | (PHYSICAL LOCATION) | | | |
| Net | $27,930 | Total | $0 | 497 WELLINGTON RD. | | | |

### 13-16-04-00  B 1174  P 250

**SCHMAHL, RICKY J**
25 SHADDUCK ROAD
NAUGATUCK   CT 06770
(Tree Growth)

| Value of Real Estate | | Value of Pers. Prop. | | Net Taxable | | Taxes | |
|---|---|---|---|---|---|---|---|
| Land | $7,020 | M&E | $0 | Real | $7,020 | Real | $99.68 |
| Buildings | | F&F | $0 | Personal | $0 | Personal | $0.00 |
| Total | $7,020 | Other | $0 | Total | $7,020 | Total | $99.68 |
| Exempt | | BETE | $0 | (PHYSICAL LOCATION) | | | |
| Net (41) | $7,020 | Total | $0 | 179 WINDY PITCH | | | |

### 13-16-04-01  B 1418  P 305

**SCHMAHL, RICKY J.**
25 SHADDUCK ROAD
NAUGATUCK   CT 06770
(Tree Growth)

| Value of Real Estate | | Value of Pers. Prop. | | Net Taxable | | Taxes | |
|---|---|---|---|---|---|---|---|
| Land | $600 | M&E | $0 | Real | $600 | Real | $8.52 |
| Buildings | | F&F | $0 | Personal | $0 | Personal | $0.00 |
| Total | $600 | Other | $0 | Total | $600 | Total | $8.52 |
| Exempt | | BETE | $0 | (PHYSICAL LOCATION) | | | |
| Net (4) | $600 | Total | $0 | | | | |

### 14-12-00-00  B 2507  P 163

**SCHMIDT, PAMELA**
22 SOLSTICE ROAD
PARKMAN   ME 04443

| Value of Real Estate | | Value of Pers. Prop. | | Net Taxable | | Taxes | |
|---|---|---|---|---|---|---|---|
| Land | $35,700 | M&E | $0 | Real | $237,660 | Real | $3,374.77 |
| Buildings | $201,960 | F&F | $0 | Personal | $0 | Personal | $0.00 |
| Total | $237,660 | Other | $0 | Total | $237,660 | Total | $3,374.77 |
| Exempt | | BETE | $0 | (PHYSICAL LOCATION) | | | |
| Net (31) | $237,660 | Total | $0 | 22 SOLSTICE ROAD | | | |

EXHIBIT G