## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee<br><br>**Plaintiff**<br><br>vs.<br><br>April J. Sargent f/k/a April J. Wohlfeil<br><br>**Defendant**<br><br>Kevin A. Sargent<br><br>**Party-in-Interest** | CIVIL ACTION NO: 1:21-cv-00018-JAW |

### JUDGMENT OF FORECLOSURE AND SALE

**Address: 78 Harlow Pond Road, Parkman, ME 04443**
**Mortgage: March 16, 2007, Book: 1825, Page: 54**

This matter came before the Court pursuant to the Default entered on April 1, 2021 against the named Defendant and Party-in-Interest [ECF 11], Fed. R. Civ. P. 55(b), this Court's Procedural Order dated June 3, 2021 [ECF 16], and the General Orders in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine.* (March 2020).

Plaintiff, Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee ("Ajax Mortgage"), was represented by John A. Doonan, Esq. The Defendant and Party-in-Interest have not appeared or opposed Plaintiff's Motion for Default Judgment of Foreclosure and Sale.

All persons interested having been duly notified in accordance with the law, and after consideration of the Affidavits with supporting documentary evidence and Memorandum of Law in

Support of Plaintiff's Motion for Default Judgment on Documentary Evidence, the Plaintiff's Motion for Default Judgment on Count I Foreclosure and Sale is **GRANTED**. Count II – Breach of Loan Repayment and Security Agreement, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

    **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or their heirs or assigns pay Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee ("Ajax Mortgage") the amount adjudged due and owing through July 6, 2021 (future attorney's fees and deficiency are waived) ($78,877.20) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Ajax Mortgage shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $63,929.64 |
| Interest | $7,878.00 |
| Late Fees | $339.72 |
| Accrued Late Charges | $17.88 |
| Interest Credit | ($17.88) |
| Unpaid Charges | $3,876.22 |
| Escrow Deficiency | $2,853.62 |
| Grand Total | $78,877.20 |

2. If the Defendant or their heirs or assigns do not pay Ajax Mortgage the amount adjudged due and owing ($78,877.20) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to

possession of the Parkman Property shall terminate, and Ajax Mortgage shall conduct a public sale of the Parkman Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds, first to itself in the amount of $78,877.20 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. Ajax Mortgage may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency in its Motion.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $78,877.20 as of July 6, 2021.

5. The priority of interests is as follows:

- Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee has first priority, in the amount of $78,877.20, pursuant to the subject Note and Mortgage.

- Kevin A. Sargent is a Party-In-Interest pursuant to a deed dated November 30, 2011 and recorded at the Piscataquis Registry of Deeds in Book 2139, Page 313, and has the second priority behind the Plaintiff.

- The Defendant has the third priority behind the Plaintiff.

6. The pre-judgment interest rate is 5.250%, see 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.09%, see 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  PARTIES  |  COUNSEL  |
| --- | --- |

| | | |
|---|---|---|
| PLAINTIFF | Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee <br> 13190 SW 68th Parkway, Suite 200 <br> Tigard, OR 97223 | John A. Doonan, Esq. <br> Reneau J. Longoria, Esq. <br> Doonan, Graves & Longoria, LLC <br> 100 Cummings Center <br> Suite 303C <br> Beverly, MA 01915 |
| DEFENDANT | April J. Sargent f/k/a April J. Wohlfeil <br> 78 Harlow Pond Road <br> Parkman, ME 04443 | Defaulted <br> Pro Se |
| PARTY-IN-INTEREST | Kevin A. Sargent <br> PO Box 44 <br> Dover Foxcroft, ME 04426 | Defaulted <br> Pro Se |

a) The docket number of this case is 1:21-cv-00018-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 78 Harlow Pond Road, Parkman, ME 04443 is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 78 Harlow Pond Road, Parkman, ME 04443. The Mortgage was executed by the Defendant, April J. Sargent f/k/a April J. Wohlfeil, on March 16, 2007. The book and page number of the Mortgage in the Piscataquis County Registry of Deeds is **Book 1825**, **Page 54**.

e) This Judgment shall not create any personal liability on the part of the Defendant, but shall act solely as an *in rem* judgment against the property, 78 Harlow Pond Road, Parkman, ME 04443.

**SO ORDERED.**

                                                /s/ John A. Woodcock, Jr.
                                                JOHN A. WOODCOCK, JR.
                                                UNITED STATES DISTRICT JUDGE

Dated this 24th day of September, 2021